**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**R.P. and R.P., on behalf of themselves**                                          **PLAINTIFFS**
**and as parents and next friends of R.P.**

**v.**                                    **CASE NO. 4:18-CV-00698 BSM**

**VILONIA SCHOOL DISTRICT**                                          **DEFENDANT**

**ORDER**

Pursuant to the joint motion to dismiss with prejudice [Doc. No. 49], this case is

dismissed with prejudice.

IT IS SO ORDERED this 18th day of December 2019.


                                                   _____
                                                   UNITED STATES DISTRICT JUDGE