**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**R.P. and R.P., on behalf of themselves**                     **PLAINTIFFS**
**and as parents and next friends of R.P.**

**v.**                     **CASE NO. 4:18-CV-00698 BSM**

**VILONIA SCHOOL DISTRICT**                     **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of December 2019.


_____
UNITED STATES DISTRICT JUDGE